# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161386(30)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOEI ALEXANDER JORDAN,
        Defendant-Appellant.
_____/

SC: 161386
COA: 351040
Washtenaw CC: 13-001836-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a reply in support of his motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021



Clerk